IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
WhitServe LLC, :
  Plaintiff and Counterclaim Defendant, :
:
v. :
:
Computer Patent Annuities North America, LLC :
  and Computer Patent Annuities LP, :      Civil Action No.
     Defendant and Counterclaim and :      3:04CV1897 (CFD)
     Third Party Plaintiffs, :
:
v. :
:
Wesley W. Whitmyer, Jr. and :
  St. Onge Steward Johnston & Reens LLC, :
     Third Party Defendants. :
:
:
---------------------------------------------------------------x

## MOTION FOR SUMMARY JUDGMENT OF DISMISSAL OF THIRD PARTY CLAIM FOR DECLARATORY JUDGMENT AGAINST ST. ONGE STEWARD JOHNSTON & REENS LLC

Pursuant to Fed.R.Civ.P. 56, counsel for Third Party Defendant St. Onge Steward Johnston & Reens LLC ("SSJR") respectfully submits this Motion for Summary Judgment of Dismissal of Third Party Claim for Declaratory Judgment Against SSJR. This Motion for Summary Judgment is based upon the fact that SSJR does not own or control, and has no ownership, or other, interest in the patents that are the subject of this action.

SSJR requests the Court find that it is not a proper party to this action due to the fact that it does not own or control the patents that are the subject of this action. SSJR

further requests that the Court find summary judgment in its favor and remove it as a party to this action.

Date: Nov 4 2005

Respectfully submitted,

_____
Fritz L. Schweitzer III (ct26689)
SCHWEITZER CORNMAN GROSS & BONDELL LLP
292 Madison Avenue, 19th Floor
New York, NY 10017
Telephone: 646-424-0770
Facsimile: 646-424-0880
Email: fls3rd@scgb-law.com

Attorney for Third Party Defendant St. Onge Steward Johnston & Reens LLC

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion for Summary Judgment of Dismissal of Third Party Claim for Declaratory Judgment Against SSJR, Memorandum of Law in Support Thereof, and Local Rule 56(a)1 Statement are being served on the following via first class mail, postage prepaid:

Wesley W. Whitmyer, Jr.
986 Bedford Street
Stamford, Connecticut 06905-5619

Francis H. Morrison III
Matthew J. Becker
James Mahanna
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499

Esther Lim
Steven M. Anzalone
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Jeffrey A. Berkowitz
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
11955 Freedom Drive, Suite 800
Reston, VA 20190

11/7/05
Date