IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WhitServe LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Computer Patent Annuities North America, LLC<br>    and Computer Patent Annuities LP,<br>        Defendant and Counterclaim and<br>        Third-Party Plaintiffs,<br><br>v.<br><br>Wesley W. Whitmyer, Jr. and<br>    St. Onge Steward Johnston & Reens LLC,<br>        Third-Party Defendants. | Civil Action No. 3:04CV1897 (CFD)<br><br>November 14, 2005 |

## CPA'S MOTION FOR
## SUMMARY JUDGMENT OF NONINFRINGEMENT

Defendants Computer Patent Annuities LP and Computer Patent Annuities North America, LLC (collectively "CPA") move, pursuant to Fed. R. Civ. P. 56(c) for the entry of summary judgment of noninfringement in their favor. The accused CPA Direct system is located and used entirely outside of the United States. No genuine issues of material fact are in dispute and CPA is entitled to judgment as a matter of law.

CPA's Memorandum of Law in support of this motion is submitted herewith.

**ORAL ARGUMENT REQUESTED**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | *[signature]* |
| Dated: November 11, 2005 | Steven M. Anzalone, Esq.<br>Admitted Pro Hac Vice (phc0534)<br>*steven.anzalone@finnegan.com*<br>Esther H. Lim, Esq.<br>Admitted Pro Hac Vice (phc0535)<br>*esther.lim@finnegan.com*<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, LLP<br>901 New York Avenue<br>Washington, DC 20001-4413<br>Tel: 202-408-4000<br>Fax: 202-408-4400<br><br>Francis H. Morrison III (ct 04200)<br>*fhmorrison@dbh.com*<br>Matthew J. Becker (ct 10050)<br>*mjbecker@dbh.com*<br>James Mahanna (ct24681)<br>*jmahanna@dbh.com*<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, Connecticut 06103-3499<br>(860) 275-0100<br>(860) 275-0343 (fax)<br><br>Attorneys for Defendants,<br>COMPUTER PATENT ANNUITIES NORTH AMERICA, LLC,<br>COMPUTER PATENT ANNUITIES LP. |

## CERTIFICATE OF SERVICE

I, James Patrick McIntyre, hereby certify that on November 11, 2005, a true and correct copy of the foregoing CPA'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT was served by the indicated means to the persons at the addresses listed:

**VIA U.S. MAIL:**

>Fritz L. Schweitzer III (ct26689)
>SCHWEITZER CORNMAN GROSS & BONDELL LLP
>292 Madison Avenue, 19th Floor
>New York, NY 10017
>Telephone (646)-424-0770
>Facsimile: (646) 424-0880
>E-mail: fls3rd@scgb-law.com

By: /s/ James P. McIntyre
James P. McIntyre
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400