IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| WhitServe LLC,<br>  Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Computer Patent Annuities North America, LLC<br>  and Computer Patent Annuities LP,<br>    Defendant and Counterclaim and<br>    Third Party Plaintiffs,<br><br>v.<br><br>Wesley W. Whitmyer, Jr. and<br>  St. Onge Steward Johnston & Reens LLC,<br>    Third Party Defendants. | Civil Action No.<br>3:04CV1897 (CFD) |

---

## MOTION FOR SUMMARY JUDGMENT OF DISMISSAL OF THIRD PARTY CLAIM FOR DECLARATORY JUDGMENT AGAINST ST.ONGE STEWARD JOHNSTON & REENS LLC

Third Party Defendant St. Onge Steward Johnston & Reens LLC (hereinafter "SSJR") hereby moves this Court for Summary Judgment Of Dismissal Of Third Party Claim for Declaratory Judgment and requests that the Court dismiss the Third Party Claim for Declaratory Judgment Against SSJR asserted in the May 24, 2005 Answer to First Amended Complaint, Counterclaim And Third Party Claims Of Computer Patent Annuities LP (Dkt.#24).

SSJR previously filed a Motion for Summary Judgment Of Dismissal of the third party claim, along with supporting papers. *See* November 7, 2005 Motion for Summary, Memorandum in Support thereof, and SSJR's Local Rule 56(a)1

Statement (Dkt#74-76).  SSJR then withdrew the Motion to allow Computer Patent Annuities North America, LLC and Computer Patent Annuities LP (hereinafter collectively referred to as "CPA Defendants") an opportunity to take discovery on the issue.  *See* January 20, 2006 Notice Of Withdrawal of its Motion For Summary Judgment Of Dismissal Of Third Party Claim (Dkt.#144).

Now that CPA Defendants have had the full opportunity to take third party discovery from SSJR, including depositions of Gene S. Winter and Stephen P. McNamara, members of SSJR, and Wesley W. Whitmyer, Jr., a member of SSJR and the principal of Plaintiff WhitServe, and received over 25,000 documents from SSJR, not a shred of proof has been found to support their claims that SSJR has an ownership interest in the patent-on-suit.  *See* Exhibit A to Declaration of Fritz L. Schweitzer, III, submitted herewith.  Thus, SSJR now seeks to renew its Motion for Summary Judgment and request that the third party claim for declaratory judgment be dismissed.

In support of this Motion. SSJR submits herewith a Declaration of Fritz L. Schweitzer, III and refers to the previously filed Motion, Memorandum and Local Rule 56(a)1 Statement (Dkt#74-76).

Respectfully submitted,

Date: May 12, 2006

_____
Fritz L. Schweitzer III (ct26689)
SCHWEITZER CORNMAN GROSS &
BONDELL LLP
292 Madison Avenue, 19th Floor
New York, NY  10017
Telephone:  646-424-0770
Facsimile: 646-424-0880
Email: fls3rd@scgb-law.com

Attorney for Third Party Defendant
St. Onge Steward Johnston & Reens LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT OF DISMISSAL OF THIRD PARTY CLAIM FOR DECLARATORY JUDGMENT AGAINST ST.ONGE STEWARD JOHNSTON & REENS LLC** is being served this 12th day of May, 2006, on the following via first class mail, postage prepaid to:

Wesley W. Whitmyer, Jr.
986 Bedford Street
Stamford, Connecticut  06905-5619

Francis H. Morrison III
Matthew J. Becker
James Mahanna
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut  06103-3499

Maxim H. Waldbaum, Esq.
Lori D. Greendorfer
Steven M. Bocknek
Schiff Hardin LLP
623 Fifth Avenue
New York, NY  10022

5/12/06
Date